IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JULIE RINKE, | ) |
| | ) |
| Plaintiff, | )   CIVIL ACTION |
| | ) |
| v. | )   No. 25-1230-KHV |
| | ) |
| VALLEY FLORAL COMPANY, LLC, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Julie Rinke filed suit pro se against Valley Floral Company, LLC, alleging discrimination under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 et seq. This matter is before the Court on defendant's Motion To Dismiss (Doc. #13) filed December 29, 2025. Plaintiff had until January 22, 2026, to respond to defendant's motion. See D. Kan. Rule 6.1(d)(1) (response to dispositive motion due within 21 days after service); Fed. R. Civ. P. 6(d) (deadline extended three days for service by mail). Plaintiff did not do so, and defendant's motion is therefore unopposed. A party who fails to file a responsive brief or memorandum within the specified time waives the right to later do so, and the Court will consider and decide the motion as uncontested. D. Kan. Rule 7.1(c). Ordinarily, the Court will grant the motion without further notice. Id. For this reason and substantially the reasons stated in defendant's Brief In Support Of Motion To Dismiss (Doc. #14) filed December 29, 2025, the Court sustains defendant's motion and dismisses plaintiff's claims against defendant.[1] Specifically, plaintiff failed to file suit under

---

[1] Although the Court holds a pro se litigant's filings to a less stringent standard than formal pleadings drafted by attorneys, a pro se party must follow the same rules of procedure as all other litigants. See Garrett v. Selby Connor Maddux & Janer, 425 F.3d 836, 840 (10th Cir. 2005).

the ADEA within 90 days after she received a right-to-sue letter from the Equal Employment Opportunity Commission.  29 U.S.C. § 626(e); see <u>Determination And Notice Of Rights</u> issued April 16, 2025, attached to <u>Employment Discrimination Complaint</u> (Doc. #1) filed September 23, 2025.

**IT IS THEREFORE ORDERED** that defendant's <u>Motion To Dismiss</u> (Doc. #13) filed December 29, 2025 is **SUSTAINED**.

Dated this 2nd day of February, 2026 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge